# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### DOCKET NO. 1:17-cv-339

| | |
|---|---|
| **BETHEL MISSIONARY BAPTIST CHURCH OF HAYWOOD COUNTY,** ) ) ) | |
| Plaintiff, ) ) | |
| Vs. ) ) | ORDER |
| **SOUTHERN MUTUAL CHURCH INSURANCE COMPANY,** ) ) ) ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Partial Summary Judgment. After considering plaintiff's motion (#14), as well as defendant's response (#16) and plaintiff's reply (#17), the court concludes that plaintiff's motion is premature. The court sees no reason to rush to judgment in resolving this case when discovery has yet to be completed and people with key information and opinions on this matter have yet to be deposed. Having thus considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Partial Summary Judgment (#14) is **DENIED without prejudice**. Plaintiff is encouraged to raise these issues in a future motion for summary judgment, but only after discovery has been substantially completed.

Signed: May 29, 2018

Max O. Cogburn Jr.
United States District Judge