IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17CV339

| | | |
|---|---|---|
| BETHEL MISSIONARY BAPTIST CHURCH OF HAYWOOD COUNTY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| SOUTHERN MUTUAL CHURCH INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on Defendant's Consent Motion to Amend Pretrial Order and Case Management Plan (# 27). Defendant moves the Court to amend the Pretrial Order and Case Management Plan as follows:

(1) The dispositive motions deadline, currently set for September 1, 2018, will be changed to October 15, 2018;

(2) The deadline for responses to dispositive motions will be fourteen (14) days after the new dispositive motions deadline, which will be October 29, 2018; and

(3) The deadline for replies to responses to dispositive motions will be seven (7) days after the new deadline for responses, which will be November 5, 2018.

Id. at 1.

The Court recognizes that two attorneys are representing Defendant; thus, Defendant has not provided a sufficient reason to warrant the requested extension of time it is seeking. In sum, following consultation with the District Court, Defendant's Consent Motion to Amend Pretrial Order and Case Management Plan (# 27) is GRANTED in part and DENIED in part as follows:

(1) The dispositive motions deadline will be changed to **September 15, 2018**;

(2) The deadline for responses to dispositive motions will remain fourteen (14) days after the new dispositive motions deadline; and

(3) The deadline for replies to responses to dispositive motions will remain seven (7) days after the new deadline for responses.

Signed: August 31, 2018

Dennis L. Howell
United States Magistrate Judge