UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00339-MOC-DLH

| | | |
|---|---|---|
| **BETHEL MISSIONARY BAPTIST CHURCH OF HAYWOOD COUNTY**, | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| **SOUTHERN MUTUAL CHURCH INSURANCE COMPANY**, | ) ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on plaintiff's Motion for Partial Summary Judgment and defendant's Motion for Summary Judgment. Having considered the motions and reviewed the pleadings, the Court orders a hearing on the motions.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court set a hearing on the next appropriate civil calendar for plaintiff's Motion for Partial Summary Judgment (#29) and defendant's Motion for Summary Judgment (#30).

Signed: November 9, 2018

Max O. Cogburn Jr.
United States District Judge

-1-